No. 04–6889. KENNEDY *v.* TEXAS BOARD OF PARDONS AND PAROLES ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wilkinson* v. *Dotson, ante,* p. 74.

No. 04–7702. GONZALEZ *v.* JUSTICES OF THE MUNICIPAL COURT OF BOSTON ET AL. C. A. 1st Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smith* v. *Massachusetts,* 543 U. S. 462 (2005).

No. 04–8218. REED *v.* ARIZONA ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2387. IN RE DISBARMENT OF IFILL. Disbarment entered. [For earlier order herein, see 543 U. S. 1045.]

No. D–2388. IN RE DISBARMENT OF CULVER. Disbarment entered. [For earlier order herein, see 543 U. S. 1045.]

No. D–2391. IN RE DISBARMENT OF YOUNG. Disbarment entered. [For earlier order herein, see 543 U. S. 1045.]

No. D–2392. IN RE DISBARMENT OF WEBBER. Disbarment entered. [For earlier order herein, see 543 U. S. 1045.]

No. D–2393. IN RE DISBARMENT OF FRANKEL. Disbarment entered. [For earlier order herein, see 543 U. S. 1045.]

No. D–2394. IN RE DISBARMENT OF GOODMAN. Disbarment entered. [For earlier order herein, see 543 U. S. 1046.]

No. D–2418. IN RE GEORGE. Donald Elias George, of Akron, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys permitted to the practice of law before this Court. The rule to show cause, issued on February 22, 2005 [543 U. S. 1142], is discharged.